# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D2025-2139
LT Case No. 2022-CA-000057

———————————————————

PAIGE HALL, as Personal
Representative of the Estate of
Trenton Fort,

    Appellant,

    v.

ZACHARY SUBER, GAVEN SMITH,
ASHTON RIGGS, BLAYKE MORRIS,
ADAM BECK, CHRISTIE SUBER,
JEANNETTE SUBER. ANTHONY
COLON, and THAREUS FORT,

    Appellees.

———————————————————

On appeal from the Circuit Court for Nassau County.
Steven Michael Fahlgren, Judge.

John Michael Phillips, of Phillips, Hunt & Walker, Jacksonville,
for Appellant.

Rebecca Delaney and Scott W. Dutton, of Dutton Law Group,
P.A., Tampa, for Appellee, Zachary Suber.

Douglas M. Fraley and Jennifer G. Shanley, of Molhem & Fraley,
P.A., Tampa, for Appellees, Christie Suber and Jeannette Suber.

No Appearance for Remaining Appellees.

June 23, 2026

PER CURIAM.

AFFIRMED.

JAY, C.J., and KILBANE and MACIVER, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____